# In the United States Court of Federal Claims

Eric Jorgenson

AlicaJorgenson

~~Plaintiff(s)~~, **Defendants** )
)
)
)
)

Case No. 2022-04491 further pertaining to

v.

Judge CHARISSA J. LILLER

THE UNITED STATES,

~~Defendant.~~
MIDFIRST BANK
KML LAW GROUP, P.C.

## COMPLAINT

Your complaint must be clearly handwritten or typewritten, and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space, you may use another blank page. A fillable pdf is available at http://uscfc.uscourts.gov/filing-a-complaint.
If you intend to proceed without the prepayment of filing fees (*in forma pauperis* (IFP)), pursuant to 28 U.S.C. § 1915, you must file along with your complaint an application to proceed IFP.

1. **JURISDICTION.** State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (*see* e.g., 28 U.S.C. §§ 1491-1509).

The Court of Common Pleas has not addressed numerous filings showing evidence of fraud committed against me and my family.

The injuries and the damages that have been perpetrated against me and my family are compounding daily because of their actions and inactions.

2023 FEB 2 PM3:22
USDC-EDPA REC'D CLERK

## 2. PARTIES

Plaintiff, Eric Jorgenson  , resides at 41 walnut lane
(Street Address)

Yardley, PA  19067                                        ,  609 356-9187
(City, State, ZIP Code)                                                (Telephone Number)

If more than one plaintiff, provide the same information for each plaintiff below.

Alica Jorgenson ,41 walnut lane  Yardley, PA  19067, 2177350367

## 3. PREVIOUS LAWSUITS.
Have you begun other lawsuits in the United States Court of Federal Claims?   ☐ Yes  ☒ No

If yes, please list cases: _____

## 4. STATEMENT OF THE CLAIM.
State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

· I am submitting together with this complaint several exhibits to demonstrate the injuries and damages perpetrated against me and my family which are compounding daily.

· These Injuries and Damages include but are not limited to the following;

· Evidence of Fraud in the Construct of the Contract which was not complete

· Not addressing evidence of fraud presented to the court tribunal and incomplete documentation in the original documents and subsequent transfers

· Evidence of an Illegal and criminal sale of our property

· In the interest of time this is abbreviated-all filings are on the propublic website

Exhibit A:

KML Michael McKeever, Items 51 and 52 from the propublic link sent

51 7/8/2022 3:09:37 PM  REAL ESTATE SOLD TO PLAINTIFF FOR COSTS IN THE SUM OF $1,189.18 No 13146729
Select 52 7/11/2022 10:36:31 AM  SHERIFF'S REFUND MADE TO KML LAW GROUP, P.C., CHECK # 100516, IN THE SUM OF $787.04. SOLD FOR COST ON JULY 8, 2022. (ADVANCE REFUNDED - RECEIPT # 2022-1-02955). No 13147275

Exhibit B:
lect 51 7/8/2022 3:09:37 PM  REAL ESTATE SOLD TO PLAINTIFF FOR COSTS IN THE SUM OF $1,189.18
THe above is directly from the propublic site showing full history of foreclosure/sale. It is item 51 on this site;

https://propublic.buckscountyonline.org/PSI/v/detail/Case/6143305

There isn't more detail except that we know that KML law group's Michael McKeever was the attorney for the plaintiff. Item 52;

Exhibits C through H are integral to this case and are to be sent under a separate submission to follow when fully prepared

A-6

5. **RELIEF.** Briefly state exactly what you want the court to do for you.

Temporary Injunction from taking any further action until this case is adjudicated

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  2nd  day of  February , 2023 .
         (day)            (month)         (year)

_____
Signature of Plaintiff(s)

A-7