Eric Jorgenson

Defendant                                                                                           Case No. 23-CV-473

Please utilize my email addresses in further communications;

Ejorgenson88@msn.com , ejorgen60@proton.me

Thank you,

Eric Jorgenson