# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC JORGENSON | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-473 |
| | : | |
| THE UNITED STATES, MIDFIRST BANK, KML LAW GROUP, P.C. | : : | |

## ORDER

**AND NOW**, this 6th day of March 2023, upon consideration of Plaintiff Eric Jorgenson's Motion to proceed *in forma pauperis* (DI 1), and *pro se* Complaint (DI 2), it is **ORDERED**:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (DI 1) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons stated in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

_____
**MURPHY, J.**